Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL009 LLC,** | § | **Case No. 20-31133-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtor.** | § | |

**ALLEGED DEBTOR'S LIST OF CREDITORS**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

Pursuant to FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(b), WALL009 LLC, the Alleged Debtor in the above-captioned proceeding, files this list of all its creditors as set forth on the attached Exhibit "A."

Dated: May 14, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 14, 2020, true and correct copy of the foregoing document was served via email pursuant to Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

# EXHIBIT "A"

## Payable Report

As of 05.14.2020

| | Address | Nothstar+Venus IV<br>Wall009 LLC<br>Total |
|---|---|---|
| **Local Taxing Authorities** | | |
| Scott Porter-Johnson County Tax Assessor | PO Box 75, Cleburne, TX 76033 | $ 6,227.30 |
| **Employees' Payroll** | | |
| HR Sterling LLC | 13901 Midway Rd Ste 102, Dallas, TX 75244 | $ 46,030.00 |
| **Outside Attorneys** | | |
| Jackson Walker LLP | PO Box 130989, Dallas,TX 75313 | $ 301.50 |
| Vance McMury | 2912 White Marsh Circle, Richardson,TX 75080 | $ 10,000.00 |
| Khudabuksh K. Walji | 12946 Dairy Ashford Rd, Suite 220, Sugar Land, TX 77478 | $ 18,235.50 |
| Robert Kemp | 2815 Valley View Land Suite 202, Dallas, TX 75234 | $ 10,000.00 |
| Reed Smith | 1301 K Street NW Suite 1100 East Tower, Washington, DC 20005 | $ 64,285.00 |
| Larry Martin | 13901 Midway Rd Ste 102, Dallas, TX 75244 | $ 10,000.00 |
| **Contractors** | | |
| Lajolla Construction Management LLC | 13901 Midway Rd Ste 102, Dallas, TX 75244 | $ 25,000.00 |
| Carnegie Homes | 1755 Wittington Pl Suite 320, Dallas, TX 75234 | $ 18,000.00 |
| **Architects** | | |
| **Engineers** | | |
| Rone Engineering | PO Box 226956, Dallas, TX 75222 | $ 81,889.00 |
| Hickman Consulting Engineers Inc | 3094 Country Road 1024, Farmersville, TX 75442 | $ 31,539.00 |
| Jones Carter | 6330 West Loop South Suite 150, Bellaire, TX 77401 | $ 15,000.00 |
| **Vendors** | | |
| JMJ Development LLC | 1755 Wittington Pl Suite 340, Dallas, TX 75234 | $ 225,200.00 |
| City of Venus | 700 W Hwy 67, Venus, TX 76084 | $ 111,511.30 |
| Mountain Peak Special Utility District | 5671 Wateworks Rd. Midlothian, TX 76065 | $ 2,750.00 |
| Our Tax CPA (Vishwanath Palepu) | 9901 E Valley Ranch Suite 1030, Irving, TX 75063 | $ 5,000.00 |
| Kirk Wilson | 13901 Midway Rd Ste 102, Dallas, TX 75244 | $ 8,200.00 |
| Roy Magno | 1800 Valley View Lane Suite 317, Farmers Branch, TX 75234 | $ 6,000.00 |
| Jim Martin | 5189 E. IH-20 Service Rd. Suite 106, Willow Park, TX 76087 | $ 14,356.00 |
| Jeremy Morrelli | 7433 Varna Ave, North Hollywood, CA 91605 | $ 9,427.00 |
| **Bank Loans plus Interest Accrued** | | |
| Liberty Bankers Insurance Grop | 1605 LBJ Freeway Suite 700, Dallas, TX 75234 | $ 2,000,000.00 |

| | | | |
|---|---|---|---|
| Southern Star Capital | 5220 Spring Valley Road Suite 602, Dallas, TX 75254 | $ | **981,000.00** |
| **Surveyors** | | | |
| Sands Surveying Corporation | 2154 W Northwest Hwy Suite #204, Dallas, TX 75220 | $ | **6,291.28** |
| **Total Payable** | | **$** | **3,706,242.88** |