BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>WALL009 LLC<br><br>Debtor(s) | § | Case No.: 20−31133−hdh7<br>Chapter No.: 7 |
| Jun Li, et al.<br>Appellant(s) | § | |
| vs.<br>WALL007 LLC , et al.<br>Appellee(s) | § | |

## CERTIFICATE OF MAILING

Notice of Appeal Filed By: Jun Li, et al.

Re: [20] Order dismissing debtor

The Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on December 29, 2020.

DATED: 12/29/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk